PROB 22 (Rev. 2/88)

# TRANSFER OF JURISDICTION

FILED BY ___ D.C.

05 AUG 11  AM 9:33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| DOCKET NUMBER (Tran. Court) |
|---|
| 3:96-00136-02 |

| DOCKET NUMBER (Rec. Court) |
|---|
| 05-20401 |

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:**

Horace B. Biggs
971 Wingfield
Memphis    TN    38122

| DISTRICT | DIVISION |
|---|---|
| Middle District of Tennessee | Nashville |

**NAME OF SENTENCING JUDGE**

Thomas A. Higgins, U.S. District Judge

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/15/05 | TO 04/14/10 |
|---|---|---|

**OFFENSE**

Conspiracy to Distribute and Possession with Intent to Distribute Methamphetamine, 21 U.S.C. 846

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    Middle District of Tennessee

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6-24-05
*Date*

_Thomas A. Higgins_
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    Western District of Tennessee

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/9/2005
*Effective Date*

*United States District Judge*

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in case 2:05-CR-20401 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT